FILED
2017 Mar-27  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2011 MAR 27  P 12: 49

U.S. DISTRICT COURT
N.D. OF ALABAMA

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

Pamela T. Johnson

v.

President Barack H. Obama

CV-17-HGD-0466-NE

JURY TRIAL ☑ Yes   ☐ No

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

    **A.    The Plaintiff**

| | |
|---|---|
| Name | Pamela T. Johnson |
| Street Address | 131 Springview Lane |
| City and County | Huntsville    Madison |
| State and Zip Code | AL    35806 |
| Telephone Number | (256) 224 - 2745 |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name                       *Barack H. Obama*
    Job or Title               *Former U.S. President*
    Street Address           *2349 Massachusettes Ave NW*
    City and County       *Washington, D.C.   Washington, D.C.*
    State and Zip Code    *Washington, D.C.   20008*

Defendant No. 2
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Defendant No. 3
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Defendant No. 4
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name                  _____

    Job or Title           _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question  ☑ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s) *President Barack H. Obama*

Name of Agency *President of the United States of America*

Address *1600 Pennsylvania Ave NW Washington, D.C. 20500*

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*U.S.C. Preamble, Article I Section 8, Article III Section 3, Article VI, U.S.C. Amendment I, IV, V, VIII, XI, XIV*

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2.  The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

_____

_____

_____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached pages 1 through 10

Pamela T. John 3/27/17

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached page 1 of 1

Pamela T. John 3/27/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson

V.

Defendant: Former President Barack H. Obama

Jury Demand

Complaint for a Civil Case Statement of Claim Page 1 of 8 p.m. 3/27/17

1) I claim I am a United States citizen with all the rights and protections afforded me under the Constitution of the United States of America. I claim that Godly men founded this country in order to form a more perfect union, to establish justice they felt had been sorely lacking in their native homeland of England, to insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty for ourselves and our posterity.

I claim the protections afforded me under the U.S.C. were sought time and time again to many and different departments and the people who led those departments in the Obama Administration while living in San Diego, CA from 2007-2013 when the local law enforcement officials were shredding my U.S.C. rights. Eventually over the course of a year, I even wrote the FBI Director Robert Mueller, the Attorney General Eric Holder, and finally President Obama himself citing the "audacity of hope" he would hear my plea for help. When I heard nothing back from anyone, I wrote President Bush (43) and begged him to please help me suggesting maybe somehow the USA Patriot Act was being used against me illegally as I had done nothing wrong. I claim that justice, domestic tranquility, personal defense, general welfare, and blessings of liberty were denied me in the extreme in San Diego and was made aware around Easter of 2011 that at the least both the Presidents Bush and Obama were there and probably also President Clinton who was in the area with his family for a speaking engagement at USC and stayed to hear what I was saying.

2) I complain that under the U.S.C. Article I Section 8 which expressly gives Congress the power to declare war, make rules for our government and all laws vested in the U.S.C. for any and all departments and officers, including the POTUS, that it was President Obama himself who declared war on me and through his power and influence afforded to him by the office of the Presidency did raise up and financially support the armies of the FBI, CIA, NSA, Offices also under Attorneys General Holder and Lynch besides FBI, including local law enforcement especially the Sheriff's Department for a period exceeding 2 years in violation of U.S.C. Article I Section 8. His reasons for doing so were the things God Himself was speaking through me, some of which were antagonistic

Pamela T. Johnson   3/27/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson
v.
Defendant: Former President Barack H. Obama                    Jury Demand

Complaint for a Civil Case Statement of Claim Page 2 of 10

toward President Obama, and because I teased P.O. about his initials BO meant there was a lot about him that didn't smell right. However, what made P.O. snap and wage war against a stay-at-home wife and mom was my one-time poking fun at him masturbating in the Oval Office on his first day at work because it excited him sexually to realize he was the first black man in the White House. He was humiliated in front of Presidents Bush and Clinton which is why he has and still is getting me back and claiming to be king because on several occasions, knowing they were listening, referred to President Bush as King George.

) I complain that under U.S.C. Amendment I, after years before having accepted God's gift of prophecy found in I Cor 14:1 in The Holy Bible and then prophesying when U.S. Presidents are present, the then-sitting POTUS took great offense at the things God was speaking through me. I have the right to believe and worship as I choose and I have a right to verbalize those beliefs without fear of recrimination or retribution in any way from anyone especially the President of the United States of America who symbolically leads our nation and people. When God spoke through me again, and proved it in different ways, that Barack was born in Kenya - he snapped again. Barack's name read Hebrew style says OK c arab. God said he was Muslim, not Christian, and throughout the course of his Presidency BO revealed this more and more. This prophesying took place around Easter of 2011 and at that time God also said through me the P.O. would win a second term in office (when most people thought not), that the Pope would step down, that Donald Trump would become the next and last POTUS, and that we are nearing the end of the Church Age, the trumpet and bowl judgments found in Revelation in the form of meteor showers, Barack and his family being killed during a skiing vacation, and his return to life inhabited with the spirit of Satan making P.O. The Antichrist of Revelation. I know that's a lot to process. But it doesn't matter for the sake of this complaint whether or not you believe any of it or none of it. I have a right to

Pamela T. Johnson  3/27/17

Pro Se General Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
V.
Defendant: Former President Barack H. Obama

Complaint for a Civil Case Statement of Claim Page 3 of 8

believe as I choose and to speak those beliefs peaceably without fear of recrimination or retribution.

4) That brings me to my complaint against the defendant under U.S.C. Article III Section 3. Only Congress has the power to convict someone of treason and then to declare punishment. I've never been indicted or sat before a jury, let alone convicted, for the crime of treason. That would be because I've never committed treason. I love my country. I'm an American Girl and was raised on U.S. soil. And I love my President Trump. He was chosen by God and seemingly, against all odds, here he is, our President.
Once again the people of this great country have seen the former President Barack Obama take the law into his own hands and misuse and abuse the power given to him. He had the FBI design chemical agents from my DNA in order to attack me with them. Some mad scientist(s) working for the FBI have made all manner of odorless, colorless, aerosolizations that can do anything you want them to do.... make your skin crawl, mild → extreme pain in any location of your body, targeted infections of any size and duration, passing gas in tiny o's. Funny if it isn't you who is being tortured and I mean tortured. This is a good place to segeway into

5) Article II which says our U.S.C. and all treaties made under U.S. authority shall be the supreme law of the land. Article VI says that all legislative, executive, and judicial officers are bound by their oaths or affirmations to support the U.S. Constitution. Not only is my daughter, Ariana Johnson, whom they have begun to attack as well but to date is still unaware of this, a U.S. citizen. She also belongs to the Osage Nation with whom the U.S. Government made a treaty in the 1800's. And so is her Mom. My grandfather was born and raised on an Osage Reservation in Pawhuska, OK in the late 1800's. He became a Major General in the Army Air Corps and gave his life trying to protect this country and her people as did his first born son, my Uncle Bud.

Pamela T. Johnson 3/27/17

Pro Se General Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
v.
Defendant: Former President Barack H. Obama

Jury Demand

Complaint for a Civil Case Statement of Claim Page 4 of 8 10 PM 3/21/17

Tinker Air Force Base in Oklahoma City is named in his honor. Prior to WWII my grandfather was given the task of selecting and building an ideal location for a new air base. MacDill in Tampa, FL is in existence because of him which makes what President Obama did in selecting General John F Mulholland (CIA military affairs director) particularly egregious and personal... using what my grandfather had built up to tear me down with the intent to make me commit suicide.

You can ask Presidents Bush and Clinton and the President of the BGEA and Samaritan's Purse, Franklin Graham, about Barack Obama's sinister spirit because they have seen it and him trying to kill me non-stop since God spoke through me in 2011. Barack used AG's Holder and Lynch, FBI's Comey and Stanton, CIA's Brennan and Mulholland and NSA's Clapper. Still unaware of exactly who was chemically attacking me and monitoring me, stalking me 24/7, I drove to SC during the Presidential race to a rally for Jeb Bush, hoping to somehow communicate with P. Bush and let him know what I had been enduring the first time I reached out to him had never stopped. Within 24 hrs Justice Antonin Scalia was dead - murdered by the CIA through Blackwater, Xe, Academy whatever you want to call them. The headlines on the internet to which I was directed (and they are all up in my communications) made it clear that because I had "associated" with President Bush there was hell to pay in the form of Antonin Scalia whose initials are AS. Part of the prophecy in 2011 had to do with P. Bush being an angelic shepard. I know this is a lot to process but there is so much more I haven't even told you in this complaint against former President Barack Obama. Everytime I tried to share what God said through me (all of it; not just the stuff about Barack) someone

Pamela T. Johnson 3/27/17

Pro Se General Complaint for a Civil Case
United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson
v.
Defendant: Former President Barack H. Obama                    Jury Demand

Complaint for a Civil Case Statement of Claim Page 5 of 8  10 pts 3/27/17

famous or someone I knew was killed by the CIA on direct orders from Barack Obama to literally send me a message. What's in a name? A sinister message if you kill the rightly-named people in the proper order in which to send that message. I finally stopped keeping track of the sentences.

6) U.S.C. Amendment I allows me to live in freedom and to petition the government for a redress of grievances. I have been chemically attacked, surveilled, tailed, harassed at home, at work, and on the road. I am chemically attacked while trying to fill RX's safely for my patients and made to act like nothing is happening to me. I work for Walmart and I am more than suspicious regarding the former Madison County Deputy Sheriff turned Board of Pharmacy Inspector, Richard Lambruschi, whose son lives across the street from me as does the DA's sister, Sally Broussard Dobbs, whose husband Chip and son Christopher have also been severely harassing me and whom I have circumstantial proof in participating in chemically attacking me. There is more than enough circumstantial proof that leads me to believe the Sheriff's Dept is heavily involved via the feds (FBI). Even when I went to Greece last year to celebrate Ariana's 20th birthday they were attacking me on the plane, in the hotel rooms next to ours, anywhere and everywhere 24/7. On the way back I mouthed into several cameras at Charles De Galle "They lied to you (about me)". Next thing I know flight 804 filled with people who knew nothing of Barack's Satanically sinister spirit never made it to Egypt as it flew over islands and water where I had been hours before. (Barack claims his DOB is 8/4/61) 6 is the # of imperfection so by killing those people he was telling us it was his birthday and that he won). Walmart boss Tarous Rice also being used against me at the very least psychologically.

7) Amendment IV gives me the right to be secure in my person, house, papers and effects, against unreasonable searches and seizures.

Pamela T. Johnson  3/27/17

Pro Se General Complaint for a Civil Case
United States District Court for the Northern District of Alabama
Plaintiff: Pamela T. Johnson
v.
Defendant: Former President Barack H. Obama

Jury Demand

Complaint for a Civil Case Statement of Claim Page 6 of 8 (10 pt) 3/27/17

I complain that Barack has had my house (and me run out of it where I was raised from 3 years old), person, papers, effects, car, workplace, anything that is mine, any and everywhere I go, anything I do whether at home, or church, on the road, or at work - everything about me assaulted and under such extreme attack that I will despair and commit suicide. I was even going to submit this civil action on Friday March 24, 2017 but the BS on the road and all the illegal light changing and FBI scare tactics made me come home. I thought about it over this past weekend and decided to add some clarity to my complaint and head back over to the courthouse no matter what with this in my hand.

8) Amendment V guarantees I won't be deprived of life, liberty, or property without due process of law. I am writing and submitting this complaint against the defendant because I have not only been denied the right to live my life without fear of some maniacle, treasonous, asshole on me but him ordering other people and agencies on me like the CIA who at least since 2011 have perfected brain wave transmission into readable text. Yes, the accurate capability to read one's thoughts has been in existence at least since 2011 and probably several years prior to that. They have been using it on me and letting me know through various ways what I was thinking and no I'm not crazy or making it up. And my asshole boss at Walmart, Tarous Rice, made me take an indepth psychological exam and meet with a Ph.D. several times and on paid 6 week suspension for casually mentioning about the government's Project Paperclip to a friendly co-worker. I have complained about Tarous violating Walmart policy to his superiors in regard to respecting me and treating me with much more scrutiny than everyone else. He is being encouraged to epitomize Barack who was born in the year of the Ox who is seethingly, murderously infuriated with me and

Pamela T. Johnson 3/27/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson

v.

Defendant: Former President Barack H. Obama                    Jury Demand

Complaint for a Civil Case Statement of Claim Page 2 of 8/10th 3/27/17

a black man. Early on in my employment with Walmart (I interviewed and was hired in June 2014 but didn't actually start until Aug 9, 2014) maybe the middle of 2015, I was angrily taken out of the pharmacy and made to endure Tarous' seething, in my face rant for nearly an hour before returning to work to fill patient's RX's as if nothing had happened. I'm sure, now, he was put up to do that because I hadn't done anything and was doing my best to do a good job and be friendly and helpful. Seemingly, all my co-workers are in on the "joke". Only it's no joke. It is a calculated, cold-hearted, sinister, evil spirit intent on my demise using (misusing and abusing) everything about my employment to drive me loco and make me commit suicide. That sounds like Barack's evil intentions through the FBI. I even complained up to McMillions office about him with absolutely no concern for me - no return phone call from his office - nothin' - so I really don't know how far up the chain the BS runs but it's stopping.

9) U.S.C. Amendment VIII prohibits cruel and unusual punishment. They watch me dress and undress. They make me feel like I'm in prison or some BS. When my husband and I were married and together, they watched us having sex. They committed assault and battery on me more times than I care to remember and knowing Barack was killing people to keep me quiet was more than deeply disturbing, far more so than them laughing loudly behind the fence after doing something they thought I would feel ashamed of if I knew someone else had witnessed, like having intimate relations with my husband.

10) U.S.C. Amendment XI says citizens of one state cannot be commenced or prosecuted by citizens of another state to carry over punishment. Even if I were guilty of something, but I'm not, I am allowed the right to face my accusers, the right to a speedy trial, and given the opportunity to defend myself. There's no way to defend against this

Pamela T. Johnson   3/24/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson

V.

Defendant: Former President Barack H. Obama

Jury Demand

Complaint for a Civil Case Statement of Claim Page 8 of 8 10 pti 3/27/17

type of guerilla warfare. This ultimately lands at Barack's feet. FBI Director Comey is an Obama hold-over. I have already submitted a civil case against Director Comey and B'ham, AL SAC Roger Stanton. But I am still being attacked and suffering. Barack had his heads inflict injury on me through their power and resources among them their many subordinates. These people are all committing felonies against me - co-workers and co-employees of Walmart, city and county workers, local, state, and federal law enforcement officials to assault and shame me.

1) U.S.C. Amendment XIV guarantees U.S. citizens no state shall make or enforce any law which shall abridge the privileges or immunities, or deprive them of life, liberty, or property without due process of law. Because my husband and elderly Mom thought I was crazy when I couldn't prove what was happening to me, my husband left and divorced me and my Mom wrote me out of her will completely and then gave about 75% of it back again. I was a stay-at-home wife, Mom, and daughter to my Mom again who is now without her wage earning partner. My Mom passed away a few months after fleeing California. After 15 years cancer free, it came back and I know Barack had them chemically attack her at least several times of which I am aware. I was cheated out of hundreds of thousands of dollars worth of property and stocks - most notably the Disney stock she had always promised to me completely all because Barack had his ears where they didn't belong - in the privacy of my own home.

2) I complain that former President Barack Obama violated U.S.C. Amen. XIV intending to watch me die in Madison, AL. He thinks I twisted words and numbers into a made-up story instead of truly prophesying which is what happened and I am still prophesying and can help my leaders and my country. Barack chose to live at 2349 Massachusetts Avenue NW because 2 3 4 9 MA SS achu se ttes NW (N word wins)
B C D I (snake hissing) at you see tease

Pamela T. Johnson 3/27/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson

Defendant: Former President Barack H. Obama                    Jury Demand

Complaint for a Civil Case Statement of Claim Page 9 of 10

I complain that the defendant Barack H. Obama, former Potus, in many ways destroyed my life, my liberty, my property, my family, my inheritance, my church family, my marriage, destroyed and banned me from attending church where I was married, ran us out of our school Calvary Christian Academy, childhood home, separated me from my Mom and daughter, ran me out of California and hunted me in Alabama the way he hunted me in California, turning most people against me, tried to shame and humiliate me with the most intimate details of my life including having sex with my husband - did willfully, with intention and seething malice - everything he could do to make me despair of life in order to commit suicide including killing others and letting me know he did it because of me by sending several drawn out sentences in the forms of peoples names, DOB's, vocations, personal details if I knew them personally, public details with FBI and CIA individuals making sure I heard those details, black-listed me with my family and in my community and places I frequented for business and/or pleasure all because he was illegally listening in to my home when I made fun of him masturbating in the Oval Office on his first day of work because it excited him sexually to be the first black man in the White House. He was embarassed in front of everyone including President Bush (43) and President Clinton and maybe even SOS Clinton, and AG Holder. I complain that through whatever means the house upwind of our house located at 3819 Alta Loma Dr in Bonita, CA 91902 was used to chemically attack me repeatedly, our yard trespassed from theirs and my home broken and entered at will without our consent and/or knowledge. I complain that I was chemically tranquilized into a deep sleep against

Pamela T. Johnson  3/27/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson

v

Defendant: Former President Barack H. Obama          Jury Demand

Complaint for a Civil Case Statement of Claim Page 10 of 10

my consent, knowledge, or defense so former POTUS Obama could enter after my family moved out. I was immediately and completely awakened and was aware of someone raising me to a sitting position from sleeping on the couch in the living room to stare directly into POTUS Obama's eyes. I didn't blink, I wasn't scared of him, and I didn't turn away. I know who God said through me that he is and whom he will become in the near future. After what seemed like about 30 seconds of staring at each other I was again made aware of immediately losing consciousness. He wanted to see if I would flinch, if I was afraid of him, or if he could read me. The POTUS Obama has violated his oaths while in office, committed murder while POTUS, and has attempted to murder me since around Easter of 2011. It has been my strong faith in God and His Tremendous love for me that has sustained me through the hell POTUS Obama has put me through. I have been terrorized, traumatized, tailed, sur- veilled, monitored, restricted, scared at times, deprived, shunned, isolated, shamed, bullied to extreme. They also swiped Ariana at 14 yrs old to terrorize and traumatize her which had the same effect on me. I have been chemically attacked and tortured with odorless, colorless gas designed to my DNA to inflict pain, cause immediate severe and explosive diarrhea. They made sparks fly into my forehead from the fireplace that later caused skin cancer, made both lower tori in my mouth grow for which I had to have surgically removed. They crushed my toe and had to have corrective surgery. This Nov 2016 he had the back of my ear burned with either OH or HCl it took a full 3 months to heal. Instigated a false arrest with former FBI SAC Bill Gore so they could chemically attack me in -jail more. Please speak with POTUS' Bush & Clinton and Franklin Graham. They will tell you I'm telling the truth. Not enough room on this paper to list all POTUS Obama has done to me and others because of me.

Pamela T. Johnson 3/27/17

Pro Se General Complaint for a Civil Case

United States District Court for the Northern District of Alabama

Plaintiff: Pamela T. Johnson

Defendant: Former President Barack H. Obama

Jury Demand

Complaint for a Civil Case
Statement of Claim Demanding
Relief and Damages   Page 1 of 1

I demand the defendant be immediately charged, tried, and found guilty of murdering citizens of this planet including U.S. citizens.

I demand the defendant be immediately charged, tried, and found guilty of attempting to murder me through 24/7 non-stop chemical, biological, psychological, spiritual, and physical warfare.

I demand the defendant be immediately charged, tried, and found guilty of treason and banished from the United States of America and all territories and districts over which the U.S.A. has sovereign status or whom the U.S.A. depends on through treaties for protection for the remainder of his life.

I demand the defendant reimburse me for monies and properties no longer mine because he caused my Mom and husband to take them away from me thinking I was crazy.

I demand punitive damages for the hell he put me through and to serve as a deterrent to anyone else in America on any level of any power not to behave as he has behaved and not to misuse and abuse the power and privilege God places in our care.

Extreme pain, suffering, inconvenience        # 750, 000, 000
Extreme emotional distress
Punitive damages        # 750, 000, 000
        # 1,500, 000, 000

        # 3,000,000,000

Pamela T. Johnson 3/24/17
and reviewed again 3/27/17 PJ

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V.     Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name ___Pamela___ Last Name ___Johnson___

Mailing Address ___131 Springview Lane___

City and State ___Huntsville, AL___ Zip Code ___35806___

Telephone Number ___(256) 224-2745___

E-mail Address ___pam on Kwaj@hotmail.com___

Signature of plaintiff ___Pamela T. Johnson___

Date signed ___3/27/17___

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Participant signature:_____ *Not accepting electronic delivery*

Date:_____